CECILE KING, Respondent, v. EMIL ALTMAN, Appellant.— Order denying in part defendant's motion to vacate plaintiff's notice of examination modified by striking out the first ordering paragraph and substituting in place thereof the following: " Ordered that the said motion be and the same hereby is granted as to that part of item numbered " 1 " in the said notice of examination which follows the words " Schedule B " and as to items numbered " 4 " and " 5 " in the said notice of examination; and the said motion is in all other respects denied," and by striking out the second ordering paragraph; and, as thus modified, the order, in so far as an appeal is taken, is affirmed, without costs; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

DOMINICK MANZOLILLO, Respondent, v. RIVERHEAD SAVINGS BANK, Appellant. — Order on the settlement of a case on appeal, in so far as appealed from, modified by striking out the final paragraph and in place thereof inserting a provision allowing the first, second and third amendments to the proposed case on appeal, and denying the fourth amendment proposed by plaintiff; and, as thus modified, the order is affirmed, with ten dollars costs and disbursements to appellant. The affidavit struck from the record under the allowance of the fourth amendment is essential to enable the defendant to sustain the ruling of the court in defendant's favor on the subject of costs, which ruling is challenged by the appeal relating thereto prosecuted by the plaintiff. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

LOUIS MARSULLO, Respondent, v. ALFRED MARSULLO, as Sole Surviving Executor and Trustee under the Last Will and Testament of MARY D. MARSULLO, Deceased, Appellant.— Order, on reargument, denying defendant's motion to dismiss complaint, or, in the alternative, staying the further prosecution of this action and remitting plaintiff to the Surrogate's Court of New York county affirmed, with ten dollars costs and disbursements; with leave to defendant to answer within ten days from the entry of the order hereon. Appeal from order dated January 30, 1939, dismissed. No opinion. Lazansky, P. J., Taylor and Close, JJ., concur; Carswell and Adel, JJ., concur as to dismissal of appeal from order dated January 30, 1939, but dissent and vote to reverse the order on reargument and grant the motion to the extent of remitting the matter to the Surrogate's Court where a jury trial may be had if the plaintiff has the right to such jury trial.